## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: HOLLY, KIMMY RAY | § | Case No. 11-19549 |
|       HOLLY, TANA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 17, 2011.  The undersigned trustee was appointed on June 17, 2011.

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4.  The trustee realized the gross receipts of            $            258,808.76

        Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 216,126.08 |
| Administrative expenses | 34,813.22 |
| Bank service fees | 283.40 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 7,586.06 |

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 05/10/2012 and the deadline for filing governmental claims was 12/14/2011.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $16,190.44.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $7,750.00 as interim compensation and now requests the sum of $0.00, for a total compensation of $7,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $504.99, for total expenses of $504.99.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/02/2014            By: /s/David A. Rosenberg, Trustee
                                         Trustee, Bar No.: 10738

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-19549
**Case Name:** HOLLY, KIMMY RAY
HOLLY, TANA
**Period Ending:** 01/02/14

**Trustee:** (480023) David A. Rosenberg, Trustee
**Filed (f) or Converted (c):** 06/17/11 (f)
**§341(a) Meeting Date:** 07/20/11
**Claims Bar Date:** 05/10/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Residence: 2253 Midvale Terrace, Henderson, NV 8   Sale allowed per Court Order entered 6/20/2012 [Doc 41], including 506(c) compensation carveout with half of carveout gifted to estate to be distributed to unsecured creditors less trustee expenses. | 274,000.00 | 0.00 | | 258,808.76 | FA |
| 2   Checking and Savings Accounts Cimorah Credit Uni   No value to estate | 1,000.00 | 0.00 | | 0.00 | FA |
| 3   Miscellaneous household goods, furniture, electr   No value to estate | 3,700.00 | 0.00 | | 0.00 | FA |
| 4   Miscellaneous clothing and accessories located a   No value to estate | 150.00 | 0.00 | | 0.00 | FA |
| 5   Miscellaneous jewelry located at residence.   No value to estate | 400.00 | 0.00 | | 0.00 | FA |
| 6   Miscellaneous sporting goods located at residenc   No value to estate | 250.00 | 0.00 | | 0.00 | FA |
| 7   1998 Dodge Intrepid   No value to estate | 975.00 | 0.00 | | 0.00 | FA |
| **7   Assets   Totals** (Excluding unknown values) | **$280,475.00** | **$0.00** | | **$258,808.76** | **$0.00** |

**Major Activities Affecting Case Closing:**

Approval of TFR by USTO

**Initial Projected Date Of Final Report (TFR):**    July 20, 2013          **Current Projected Date Of Final Report (TFR):**    January 2, 2014  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-19549
**Case Name:** HOLLY, KIMMY RAY
HOLLY, TANA
**Taxpayer ID #:** **-***3014
**Period Ending:** 01/02/14

**Trustee:** David A. Rosenberg, Trustee (480023)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******67-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/10/12 | | Stewart Title of Nevada | Proceeds from sale of real property | | | 232,288.58 | | 232,288.58 |
| | {1} | | Contract Sales Price | 258,250.00 | 1110-000 | | | 232,288.58 |
| | {1} | | County taxes | 476.12 | 1110-000 | | | 232,288.58 |
| | {1} | | HOA dues | 82.64 | 1110-000 | | | 232,288.58 |
| | | | Property taxes | -504.95 | 2500-000 | | | 232,288.58 |
| | | | HOA dues | -828.50 | 2500-000 | | | 232,288.58 |
| | | | HOA transfer fee | -125.00 | 2500-000 | | | 232,288.58 |
| | | | Trash | -584.67 | 2500-000 | | | 232,288.58 |
| | | | Reimbursement | -1,178.62 | 3520-000 | | | 232,288.58 |
| | | | Transfer tax | -1,318.35 | 2500-000 | | | 232,288.58 |
| | | | Title Insurance | -1,250.00 | 2500-000 | | | 232,288.58 |
| | | | Commission to Realty One Group | -15,495.00 | 3510-000 | | | 232,288.58 |
| | | | Closing fee | -425.00 | 2500-000 | | | 232,288.58 |
| | | | Document fee | -200.00 | 2500-000 | | | 232,288.58 |
| | | | Recording fee | -47.00 | 2500-000 | | | 232,288.58 |
| | | | Credits to buyer | -4,563.09 | 2500-000 | | | 232,288.58 |
| 07/25/12 | 101 | Rob Meissner | Payment for title fee on Hud1 but paid to estate not realtor | | 2500-000 | | 375.00 | 231,913.58 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 317.33 | 231,596.25 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 491.16 | 231,105.09 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 442.00 | 230,663.09 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 519.93 | 230,143.16 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 471.60 | 229,671.56 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001048002388 20121213 | | 9999-000 | | 229,671.56 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 232,288.58 | 232,288.58 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 229,671.56 | |
| | | | **Subtotal** | | | 232,288.58 | 2,617.02 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$232,288.58** | **$2,617.02** | |

{} Asset reference(s)

Printed: 01/02/2014 01:11 PM    V.13.13

Exhibit B

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 11-19549  
**Case Name:** HOLLY, KIMMY RAY  
HOLLY, TANA  
**Taxpayer ID #:** **-***3014  
**Period Ending:** 01/02/14

**Trustee:** David A. Rosenberg, Trustee (480023)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****697166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 229,671.56 | | 229,671.56 |
| 12/28/12 | 10102 | David A. Rosenberg | Allowed per Court Order entered 6/20/2012 [Doc 41] | 2100-000 | | 7,750.00 | 221,921.56 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 307.48 | 221,614.08 |
| 01/21/13 | 10103 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/21/2013 FOR CASE #11-19549, Bond #016048576 | 2300-000 | | 168.04 | 221,446.04 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 352.06 | 221,093.98 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 296.80 | 220,797.18 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 306.99 | 220,490.19 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 338.28 | 220,151.91 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 327.21 | 219,824.70 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 295.10 | 219,529.60 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 347.33 | 219,182.27 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 315.26 | 218,867.01 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 304.31 | 218,562.70 |
| 10/18/13 | 10104 | Wells Fargo Financial | Claim allowed per Court Order entered 10/17/13, [Doc 52]; 2253 Midvale Terrace, Henderson, NV 89074 | 4110-000 | | 216,126.08 | 2,436.62 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 345.83 | 2,090.79 |
| 12/26/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -5,495.27 | 7,586.06 |
| | | | **ACCOUNT TOTALS** | | 229,671.56 | 222,085.50 | **$7,586.06** |
| | | | Less: Bank Transfers | | 229,671.56 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 222,085.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$222,085.50** | |

{} Asset reference(s)    Printed: 01/02/2014 01:11 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 11-19549 | **Trustee:** David A. Rosenberg, Trustee (480023) |
| **Case Name:** HOLLY, KIMMY RAY | **Bank Name:** Rabobank, N.A. |
| HOLLY, TANA | **Account:** ****697166 - Checking Account |
| **Taxpayer ID #:** **-***3014 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 01/02/14 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******67-66** | 232,288.58 | 2,617.02 | 0.00 |
| **Checking # ****697166** | 0.00 | 222,085.50 | 7,586.06 |
| | $232,288.58 | $224,702.52 | $7,586.06 |

{} Asset reference(s)                                                                                                                                                      Printed: 01/02/2014 01:11 PM    V.13.13

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 10, 2012

**Case Number:** 11-19549  
**Debtor Name:** HOLLY, KIMMY RAY

Page: 1

**Date:** January 2, 2014  
**Time:** 01:12:22 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | David A. Rosenberg<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | Allowed per Court Order entered 6/20/2012 [Doc 41], including 506(c) compensation carveout with half of carveout gifted to estate to be distributed to unsecured creditors less trustee expenses. | $7,750.00 | $7,750.00 | 0.00 |
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $504.99 | $0.00 | 504.99 |
| RM 200 | Rob Meissner<br>Realty One Group, LLC<br>2831 St. Rose Parkway, Suite 100<br>Henderson, NV 89052 | Admin Ch. 7 | Fee not paid by title company but on HUD1 | $375.00 | $375.00 | 0.00 |
| BOND 200 | International Sureties, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Admin Ch. 7 | | $168.04 | $168.04 | 0.00 |
| 1 610 | DELL FINANCIAL SERVICES L.L.C.<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10390<br>GREENVILLE, SC 29603-0390 | Unsecured | | $2,751.00 | $0.00 | 2,751.00 |
| 2 610 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272 | Unsecured | | $2,574.49 | $0.00 | 2,574.49 |
| 3 610 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>RJM ACQUISITIONS, LLC,AS ASSIGNEE OF<br>COLUMBIA HOUSE DVD CLUB,PO BOX 268850<br>OKLAHOMA CITY, OK 73126-8850 | Unsecured | | $161.60 | $0.00 | 161.60 |
| 4 610 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>ASTA-VATIV<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Unsecured | | $1,910.94 | $0.00 | 1,910.94 |
| 5 610 | CAPITAL RECOVERY III LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | | $951.01 | $0.00 | 951.01 |
| << Totals >> | | | | 17,147.07 | 8,293.04 | 8,854.03 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-19549
Case Name: HOLLY, KIMMY RAY
Trustee Name: David A. Rosenberg, Trustee

**Balance on hand:**  $ 7,586.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 7,586.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David A. Rosenberg | 7,750.00 | 7,750.00 | 0.00 |
| Trustee, Expenses - David A. Rosenberg, Trustee | 504.99 | 0.00 | 504.99 |
| Other Expenses: International Sureties, LTD. | 168.04 | 168.04 | 0.00 |
| Other Expenses: Rob Meissner | 375.00 | 375.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:  $ 504.99
Remaining balance:  $ 7,081.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 7,081.07

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,081.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,349.04 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 84.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DELL FINANCIAL SERVICES L.L.C. | 2,751.00 | 0.00 | 2,333.21 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 2,574.49 | 0.00 | 2,183.50 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | 161.60 | 0.00 | 137.06 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | 1,910.94 | 0.00 | 1,620.72 |
| 5 | CAPITAL RECOVERY III LLC | 951.01 | 0.00 | 806.58 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,081.07 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**